# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Isaiah Payne, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Howard University,<br><br>*Defendant*. | **Civil Action No. 1:20-cv-03792-DLF** |

### HOWARD UNIVERSITY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Howard University ("Howard") respectfully moves for the entry of an order extending by twenty-eight (28) days the deadline for Howard's answer to the First Amended Class Action Complaint ("FAC"). In support of this motion, Howard states as follows:

1. On July 9, 2021, the Court denied in part Howard's motion to dismiss.

2. Under Rule 12(a)(4)(A), Howard's answer to the FAC is currently due on or before July 23, 2021. The deadline for Howard's answer has not been extended previously.

3. Howard respectfully requests the Court issue an order extending its deadline to answer the FAC by 28 days, to August 20, 2021.

4. This extension is sought in good faith for a proper purpose and is not intended to unduly or unnecessarily delay these proceedings. This extension is necessary to permit Howard adequate time to prepare its answer to the 85 paragraphs in the FAC.

5. In accordance with Local Civil Rule 7(m), Howard conferred with plaintiff's counsel, and plaintiff consents to the extension of Howard's deadline to answer the FAC until August 20, 2021.

Dated: July 16, 2021

Respectfully submitted,

By: /s/ Tracy A. Roman
**CROWELL & MORING LLP**
Tracy A. Roman
Laurel Pyke Malson
Scott L. Winkelman
Astor H.L. Heaven
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
troman@crowell.com
lmalson@crowell.com
swinkelman@crowell.com
aheaven@crowell.com

*Attorneys for Defendant Howard University*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 16, 2021, a copy of the foregoing Howard University's Unopposed Motion for Extension of Time to Answer First Amended Complaint was filed with the United States District Court for the District of Columbia by electronic filing and served on all counsel of record via the Court's electronic filing system.

                                            /s/ Tracy A. Roman
                                            Tracy A. Roman