IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISAIAH PAYNE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HOWARD UNIVERSITY,<br><br>    Defendant. | Civil Action No. 1:20-cv-03792-DLF |

**PLAINTIFF'S MOTION TO DISMISS**

  Plaintiff Isaiah Payne ("Plaintiff") respectfully moves this Court to dismiss his First Amended Class Action Complaint with prejudice, on the basis that Plaintiff filed a petition in the U.S. Bankruptcy Court, and he subsequently received a bankruptcy discharge. Under Local Civil Rule 7(m), undersigned counsel conferred with counsel for Defendant Howard University, who indicated that it does not oppose dismissal of Mr. Payne's claims but has indicated that it intends to file a response to this motion.

  For the reasons set forth in the accompanying Memorandum of Points and Authorities, Plaintiff respectfully requests that this Court dismiss his case against Howard University.

Dated: April 6, 2023        Respectfully submitted,

                   By: /s/ William N. Sinclair

                   **SILVERMAN THOMPSON SLUTKIN & WHITE, LLC**
                   William N. Sinclair (State Bar No. 28833)
                   400 E. Pratt St., Suite 900
                   Baltimore, MD 21202

Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: bsinclair@silvermanthompson.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (*pro hac vice*)
Neal J. Deckant (*pro hac vice)*
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  ltfisher@bursor.com
            ndeckant@bursor.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
NY, NY 10017
Telephone: (212) 983-0381
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Plaintiff and the Putative Class*